# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                                Criminal File No. 13-69 (MJD/LIB)

(1) ROGERT MARTIN PEDLEY,

      Defendant.

John Docherty, Assistant United States Attorney, Counsel for Plaintiff.

Richard H. Kyle, Jr., Fredrikson & Byron, PA, Counsel for Defendant.

In accordance with the Court's oral order during the February 12, 2014, sentencing hearing, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Professor Henry Shea, Senior Distinguished Fellow at the University of St. Thomas School of Law and Fellow at the Holloran Center for Ethical Leadership in the Professions, is appointed as a Court-appointed expert in ethics and white collar crime to provide information to assist in sentencing in this matter.

2. After reviewing the documents and information provided to Professor Shea by the parties and meeting with Defendant and his attorney, Professor Shea shall prepare a report regarding his

opinions on the origins of and reasons for Defendant's offense. The report must be disclosed to the Court, Defendant, counsel for Defendant, and the attorney for the Government by May 9, 2014.


Dated:   February 26, 2014           s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court